# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMEKA SIMMONS, et al., | Case No. 1:23-cv-00523-JLT-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE A STATUS REPORT |
| v. | (ECF Nos. 10, 11, 12) |
| BAUER RENTALS, et al., | **DEADLINE: MARCH 26, 2024** |
| Defendants. | |

On October 24, 2023, Plaintiffs filed a notice of motion to compel further discovery responses. (ECF No. 10.) On January 10, 2024, the parties filed a joint statement regarding the discovery disagreement. (ECF No. 11.) The Court heard the motion on January 24, 2024 and, after discussion on the record, the parties agreed to continue the hearing until March 27, 2024 to allow time to produce requested information and meet and confer. Plaintiffs agreed to inform the Court if their requests were satisfied in the interim and, if so, would request the continued hearing date be taken off calendar. The Court has not received information regarding the need to hold the continued hearing or a motion from Plaintiffs to withdraw the motion to compel.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the parties file a status report **no later than March 26, 2024** to specifically address which issues remain from Plaintiffs' motion to compel further discovery responses that requires an order from the Court or, if appropriate, Plaintiffs shall file a motion to withdraw their motion to compel further discovery responses.

IT IS SO ORDERED.

Dated:  **March 25, 2024**

UNITED STATES MAGISTRATE JUDGE