# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMEKA SIMMONS, et al., | Case No. 1:23-cv-00523-JLT-SAB |
| Plaintiffs, | ORDER VACATING MAY 8, 2024 HEARING AND WITHDRAWING DEFENDANTS' MOTION TO QUASH |
| v. | |
| BAUER RENTALS, et al., | (ECF Nos. 16, 17, 18) |
| Defendants. | |

Defendants' motion to quash Plaintiffs' subpoena to Central Valley Community Bank is currently set for hearing on May 8, 2024. (ECF Nos. 16.) On April 15, 2024, the parties filed a stipulation to withdraw the motion. (ECF No. 17, 18.)

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to quash Plaintiffs' subpoena to Central Valley Community Bank (ECF No. 16), is WITHDRAWN, and the hearing set for May 8, 2024, at 10:00 a.m. in Courtroom 9, is VACATED.

IT IS SO ORDERED.

Dated:  **April 16, 2024**

UNITED STATES MAGISTRATE JUDGE

1