**LAW OFFICES OF STUART E. FAGAN**
STUART E. FAGAN, State Bar No. 152732
P.O. Box 365
Wheaton, IL 60187
Telephone: (858) 220-9601
Email: sfagan@sfaganlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KIMEKA SIMMONS; H.T., M.H., and E.H., minors, by and through their Guardian Ad Litem, KIMIEKA SIMMONS,<br><br>Plaintiffs,<br><br>v.<br><br>BAUER RENTALS, REAGAN BAUER, and JANET BAUER,<br><br>Defendants. | No. 1:23-cv-00523-JLT-SAB<br><br>STIPULATION RE EVIDENCE AT TRIAL<br><br>Judge:      Jennifer L. Thurston<br>Courtroom: 4<br><br>Trial:        February 25, 2025 |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that Defendants Bauer Rentals, Reagan Bauer, and Janet Bauer will not be permitted to argue, inquire, or present evidence regarding the condition of the rental premises after Plaintiffs Kimeka Simmons, H.T., M.H, and E.H. vacated it.

* * *

* * *

* * *

-1-

Dated: January 29, 2025

LAW OFFICES OF
STUART E. FAGAN

By: /s/ Stuart E. Fagan
    Stuart E. Fagan
Attorney for Plaintiffs

Dated: January 30, 2025

GILMORE MAGNESS JANISSE

By: _____
    David M. Gilmore
Attorneys for Defendants

IT IS SO ORDERED.

Dated: January 31, 2025

_____
U.S. District Judge