**FILED**

FEB 27 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMEKA SIMMONS, HENRIQUE TARPEH, MALACHI HUEY, and EMMA HUEY, minors, by and through their Guardian Ad Litem, KIMEKA SIMMONS,<br><br>          Plaintiffs,<br><br>     v.<br><br>BAUER RENTALS, REAGAN BAUER, and JANET BAUER,<br><br>          Defendants. | Case No.: 1:23-cv-00523 JLT SAB<br><br>VERDICT FORM |

We, the jury in the above-entitled action, find the following verdict on the question submitted to us:

**QUESTION 1:**

Did the defendants unlawfully refuse to allow the accommodation sought by Kimeka Simmons?

Yes _____    No __✗__

If you answered "Yes," answer **Question 2**. If you answered "No," answer **Question 5.**

1

**QUESTION 2:**

Did the plaintiffs prove that the defendants' refusal to allow the accommodation caused the plaintiffs harm?

| | | |
|---|---|---|
| Kimeka Simmons | Yes _____ | No _____ |
| Henrique Tarpeh | Yes _____ | No _____ |
| Malachi Huey | Yes _____ | No _____ |
| Emma Huey | Yes _____ | No _____ |

If you answered "Yes" as to **any** plaintiff, answer **Question 3**. If you answered "No" as to **all** plaintiffs, answer **Question 5**.

**QUESTION 3:**

<u>Answer this question only as to the plaintiffs for whom you answered "Yes" in Question 2</u>. What amount of damages do you award the plaintiff to compensate for the harm caused by the defendants' refusal to allow the accommodation?

| | |
|---|---|
| Kimeka Simmons | $_____ |
| Henrique Tarpeh | $_____ |
| Malachi Huey | $_____ |
| Emma Huey | $_____ |

Answer **Question 4**.

**QUESTION 4:**

As to each plaintiff, you must award an additional amount of not less than $4,000 but not more than triple the damages awarded in Question 3. What additional amount do you award the plaintiff?

    Kimeka Simmons    $ _____

    Henrique Tarpeh    $ _____

    Malachi Huey    $ _____

    Emma Huey    $ _____

Answer **Question 5.**

**QUESTION 5:**

Was plaintiffs' request for a reasonable accommodation of Kimeka Simmons' disability a substantial motivating reason for the defendants' decision to not extend or renew the plaintiffs' tenancy?

    Yes: _____    No: __X__

If you answered "Yes," answer **Question 6**. If you answered "No," sign, date and return this verdict.

3

**QUESTION 6:**

Did the plaintiffs prove that the defendants' decision to not extend or renew the plaintiffs' tenancy was a substantial factor in causing them harm?

| | | |
|---|---|---|
| Kimeka Simmons | Yes _____ | No _____ |
| Henrique Tarpeh | Yes _____ | No _____ |
| Malachi Huey | Yes _____ | No _____ |
| Emma Huey | Yes _____ | No _____ |

If you answered "Yes" to as to **any** plaintiff, answer **Question 7**. If you answered "No" as to **all** plaintiffs, sign, date and return this verdict.

**QUESTION 7:**

<u>**Answer this question only as to the plaintiffs for whom you answered "Yes," in Question 6.**</u> What amount do you award the plaintiff for the defendants' unlawful decision to not extend or renew the tenancy?

| | |
|---|---|
| Kimeka Simmons | $_____ |
| Henrique Tarpeh | $_____ |
| Malachi Huey | $_____ |
| Emma Huey | $_____ |

Answer **Question 8.**

**QUESTION 8:**

Did the defendants act with malice or with reckless disregard for the rights of the plaintiffs?

Yes: _____   No: _____

**Sign, date, and return this verdict.**

Date: 2/27/25