## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**KIMEKA SIMMONS, ET AL.,**

v.

CASE NO: **1:23−CV−00523−JLT−SAB**

**BAUER RENTALS, ET AL.,**

**Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 2/27/2025**

ENTERED:  **February 28, 2025**

by: /s/ **Keith Holland**
Clerk of Court